UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 3:14-CR-2 |
| | ) | JUDGES JORDAN/SHIRLEY |
| VICTOR M. LYNN | ) | |

## PROTECTIVE ORDER

This matter having come before the Court upon the Motion of the United States of America for the entry of a protective order pursuant to 21 U.S.C. § 853(e)(1)(A), and it appearing to the satisfaction of the Court:

1. That On January 14, 2014, a federal grand jury of this District returned an Indictment charging the defendant, VICTOR M. LYNN, among others, with violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), among other charges and alleging forfeiture allegations pursuant to 21 U.S.C. § 853.

2. That the United States has moved, *ex parte,* for a Protective Order pursuant to 21 U.S.C. § 853(e)(1)(A) so as to preserve the *status quo* and prevent defendant, VICTOR M. LYNN, from alienating, encumbering, or wasting the forfeitable property; and

3. That based upon the Indictment and the Supporting Motion submitted by the United States, cause has been shown for the entry of a protective order to preserve the property located at 1650 Jackson Road, Rutledge, Tennessee (hereinafter "real property") and more particularly described in Attachment A to this Order.

It is, therefore, the ORDER of this Court that this Protective Order issue as to the real property, incorporated herein by this reference, to wit:

The defendant, VICTOR M. LYNN, his agents, servants, employees, attorneys, family members, those persons having any interest or control over the real property, and those in active concert or participation with the defendant, shall not, without approval of this Court upon notice to the United States and an opportunity for the United States to be heard:

    a)    alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of, in any manner, directly or indirectly;

    b)    cause to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

    c)    take, or cause to be taken, any action which could have the effect of concealing or moving from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the real property named in Attachment A to this Order.

It is further ORDERED that if the real property has been or is transferred or disposed of by any means, the defendant, VICTOR M. LYNN, shall account to the Court for the disposition of the property.

It is further ORDERED that defendant, VICTOR M. LYNN, shall be served with a copy of this Order.

It is further ORDERED that the Clerk of this Court provide the United States Attorney's Office with a certified copy of this Order to record in the county records where the identified real property is located as soon as practical.

2

This order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of 21 U.S.C. § 853.

ENTER:

_____
R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

WILLIAM C. KILLIAN
United States Attorney


By: *s/Caryn L. Hebets*
CARYN L. HEBETS
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

## ATTACHMENT A

Real Property known and numbered as 1650 Jackson Road, Rutledge, Tennessee 37861, with all appurtenances, improvements, and attachments thereon, is more fully described as:

Situate in First (1st) Civil District of Grainger County, Tennessee and being more particularly described as follows:

BEING ALL OF LOT NO. 21, LONE OAK ESTATES PHASE TWO, as shown by plat of record in Plat Cabinet 4, at Slide 4-14, in the office of the Register of Deeds for Grainger County, Tennessee, to which plat reference is made for description thereof.

BEING the part of the same property conveyed to Ben H. Graves by deed from RJ Investments, Inc., a Tennessee corporation, dated November 25, 1996, and recorded in Instrument Book 197, at Page 493, in said Register's Office.

Being that property conveyed unto Victor M. Lynn, by Warranty Deed of Ben M. Graves and wife, Sandra P. Graves, dated October 4, 1997, and recorded in Instrument Book 202, at Page 40, in the Office of Register of Deeds, Grainger County, Tennessee.